**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 03-cv-00403-REB-CBS** | FTR - Reporter Deck, Crtrm A402 |
| **Date: October 02, 2006** | Courtroom Deputy, Ellen E. Miller |

| | |
|---|---|
| UNITED STATES OF AMERICA, | James S. Russell   (by telephone) |
| **Plaintiff(s),** v. | |
| CERTAIN BANK ACCOUNTS, *et al* | Terrance "Terry" L. McCauley<br>Greg Smith<br>(Both by telephone) |
| **Defendant(s).** | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE / MOTIONS HEARING**
**Court in Session:**   10:50 a.m.

Court calls case. Telephonic appearance of counsel. This is the time set for a Status Conference. The Court deems this time will be utilized as a Motions Hearing. Mr. Smith appears on behalf of the Claimant KML Holdings.

Statements by Mr. McCauley.
Statements by Mr. Russell.
Statements by Mr. Smith.

Questions and comments by the court.

**It is ORDERED:**   Claimants' MOTION TO REQUIRE IMMEDIATE PAYMENT OF ALL REPRESENTED CLAIMANT'S CLAIMS; OR TO VACATE FORFEITURE SETTLEMENT AND ORDER; AND FOR SANCTIONS (Docket No. 188, Filed August 21, 2006) is **HELD IN ABEYANCE**.

**It is ORDERED:**   An EVIDENTIARY HEARING is set
   **NOVEMBER 29, 2006 at 9:00 a.m.**
   The court has allocated the entire day for this hearing.

HEARING CONCLUDES.   **Court in recess:**  11:25 a.m.   Total In-Court Time:   00:35