**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  03-cv-00403-REB-CBS** | FTR-Reporter Deck-Courtroom A402 |
| **Date: November 29, 2006** | **Courtroom Deputy:** Bernique Abiakam |

| | |
|---|---|
| USA, | James S. Russell |
| | Steven H. Schlesinger |
| **Plaintiff,** | |
| v. | |
| CERTAIN BANK ACCOUNTS, et al., | Terrance L. McCauley |
| **Defendants.** | |

## COURTROOM MINUTES

**EVIDENTIARY HEARING**

Court in Session: 9:01 a.m.

Court calls case. Appearances of counsel.

Review and status of the case are discussed.

Discussion regarding **Motion, and Brief In Support, To Require Immediate Payment of All Represented Claimant's Claims; Or To Vacate Forfeiture Settlement And Order; And For Sanctions (Filed 8/21/06; Doc. No. 188).**

9:10 a.m.       Argument by Mr. McCauley.  Questions by the Court.

9:46 a.m.       Argument by Mr. Russell.

9:49 a.m.       Comments by the Court.

9:54 a.m.       Further argument by Mr. McCauley.  Questions by the Court.

*03-cv-00403-REB-CBS*
*Evidentiary Hearing*
*November 29, 2006*

10:10 a.m.      Further argument by Mr. Russell.

10:13 a.m.      Further argument by Mr. McCauley.

10:18 a.m.      Findings and conclusions by the Court.

**ORDERED**: **Motion, and Brief In Support, To Require Immediate Payment of All Represented Claimant's Claims; Or To Vacate Forfeiture Settlement And Order; And For Sanctions (Filed 8/21/06; Doc. No. 188)** is DENIED.

Discussion regarding pro rata shares for claimants.

HEARING CONCLUDED.

**Court in Recess**: 10:40 a.m.
Total   In-Court Time:     01:39